PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER *(Tran. Court)* 1:98CR00014 | |
| | | DOCKET NUMBER *(Rec. Court)* 1:07cr39-R | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jerry Lee Watson<br><br>Russell Springs, Kentucky 42642 | DISTRICT Southern District of Ohio | DIVISION | |
| | NAME OF SENTENCING JUDGE The Honorable Herman J. Weber United States Senior District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM April 26, 2004 | TO April 25, 2008 |

OFFENSE
Conspiracy to Distribute Marijuana and Cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Southern District of Ohio"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8/13/07
*Date*

H J Weber
*United States Senior District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Western District of Kentucky"

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/13/07
*Effective Date*

Thomas B. Russell
*United States District Judge*