***UNITED STATES DISTRICT COURT***
***WESTERN DISTRICT OF KENTUCKY***
***OFFICE OF THE CLERK***
***Room 120***
***William H. Natcher U. S. Courthouse***
***241 East Main Street***
***Bowling Green, Kentucky 42101***
***270-393-2500***
**www.kywd.uscourts.gov**

***Jeffrey A. Apperson*** ***Vanessa L. Armstrong***
***Clerk of Court*** ***Chief Deputy Clerk***

September 5, 2007

James Bonini, Clerk
United States District Court
Southern District of Ohio
103 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Transfer of Jurisdiction - Jerry Lee Watson
Your # 1:98-CR-00014
Our # 1:07CR-39-R

Dear Mr. Bonini,

Enclosed is an original Transfer of Jurisdiction Form 22, accepting jurisdiction over the above-named defendant by this Court.

Please forward to this office certified copies of the Indictment/Information, Judgment and Commitment Order, Conditions of Probation, and all financial information regarding any outstanding obligations in this case.

Thank you for your assistance with this matter.

Sincerely,

Jeffrey A. Apperson, Clerk

by: s/ Celia Furlong
Deputy Clerk

cc: USA
USP (Bowling Green & Cincinnati)