FILED
Jeffrey A. Apperson, Clerk
JUN 1 - 2010
U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CRIMINAL ACTION NO. 1:07CR-00039-TBR

UNITED STATES OF AMERICA PLAINTIFF

VS.

JERRY LEE WATSON DEFENDANT

WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142; I fully understand that right, and I hereby **WAIVE** my right to a detention hearing at this time, but reserve the right to petition the Court for a detention hearing at a later date.

This 1st day of June, 2010.

Jerry Lee Watson
DEFENDANT

______________________________
COUNSEL FOR DEFENDANT